QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.*

(A complete list of counsel appears in the signature block)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,

Plaintiffs,

v.

PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC., AND MARK MARIANO,

Defendants.

Case No. 4:24-cv-07457-JST

**PROCORE'S NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL PARTICULARIZED TRADE SECRET DISCLOSURE BY ORACLE**

**Hearing Date Set for January 8, 2026, 9:30 am PT.**

# Procore's Notice of Motion and Memorandum of Points and Authorities in Support of Motion to Compel Particularized Trade Secret Disclosure

## Filed under Seal