Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

Additional counsel listed on signature page]

Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Defendants Procore Technologies, Inc. and Procore Payments Services, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC., AND MARK MARIANO,<br><br>Defendant. | Case No. 4:24-cv-07457-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR PROCORE'S MOTION TO COMPEL PARTICULARIZED TRADE SECRET DISCLOSURE (DKT. 174)** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation ("Oracle") and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. ("Procore") by and through their undersigned counsel, hereby jointly stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, Procore filed a Motion to Compel Particularized Trade Secret Disclosure by Oracle ("Motion") (Dkt. 174);

WHEREAS, the Opposition to this Motion is due on December 9, 2025, the Reply in support of this Motion is due on December 16, 2025, and the hearing for this Motion is set for January 8, 2026 at 9:30 a.m.;

WHEREAS, the parties request that the deadline for the Opposition be extended by 7 days to December 16, 2025 and the deadline for the Reply be extended to December 30, 2025. The parties request the extensions in view of commitments over the Holidays and because the majority of Oracle's counsel of record (including Adam Alper, Michael De Vries, Akshay Deoras, and Kendra Delaney) have a pretrial conference scheduled for December 9, 2025—the same day as the current Opposition deadline—in *Applied Materials, Inc. v. Demaray*, Case No. 5:20-cv-09341-EJD (N.D. Cal.). This pretrial conference was set on March 28, 2025, prior to Procore filing its Motion. *Id.*, Dkt. No. 495.  In view of the parties' agreement for an extension to Oracle's Opposition deadline, the parties also agree to a commensurate extension to Procore's Reply deadline;

WHEREAS, the first modification of time in this case was the parties' stipulation that provided a 30-day extension for Procore Technologies, Inc. and Procore Payment Services, Inc. and a 25-day extension for Mr. Mariano to respond to Plaintiffs' Complaint (Dkt. 30) such that Defendants' deadline to respond to the Complaint was extended to December 20, 2024;

WHEREAS, the second modification of time in this case was the Court's Order granting the parties' stipulation to extend the deadline to file Oppositions to Defendant Mark Mariano's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration or Alternative Motion to Dismiss (Dkt. 38) and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.'s Motion to Stay Pending Arbitration of Claims against Mr. Mariano or Alternative Motion to Dismiss

(Dkt. 40) to January 24, 2025, the deadline to file Replies in support of these Motions to February 7, 2025, and to reschedule the hearings for these Motions to March 6, 2025 (Dkt. 42);

WHEREAS, the third modification of time in this case was the parties' stipulation that provided a 14-day extension for Defendants to respond to Plaintiffs' Complaint (Dkt. 80), such that Defendants' deadline to respond to the Complaint was extended to May 7, 2025;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, the Court has not previously stated that no further extensions will be granted. Entry and modification of the above deadlines will not impact any other scheduling order deadlines;

NOW THEREFORE, the Parties hereby stipulate and request that the Court permit the following adjustments:

| Deadline/Event | Current Deadline | Modification |
|---|---|---|
| Oracle's Opposition to Motion | December 9, 2025 | December 16, 2025 |
| Procore's Reply in Support of Motion | December 16, 2025 | December 30, 2025 |

DATED: December 4, 2025

/s/ Ingrid Petersen
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Ingrid Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP

/s/ David Elihu
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7000

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Erin K. Freeman (Bar No. 333462)

| | |
|---|---|
| 601 Lexington Avenue<br>New York, NY 10022<br>leslie.schmidt@kirkland.com<br>Telephone: (212) 446-4800 | erinfreeman@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100 |
| Kendra A. Delaney (SBN 339102)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, California 90067<br>kendra.delaney@kirkland.com<br>Telephone: (310) 552-4200 | Jodie Cheng (Bar No. 292330)<br>jodiecheng@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Fax: (415) 875-6700 |
| *Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation* | *Attorneys for Defendants Procore Technologies, Inc., and Procore Payments Services, Inc.* |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 4, 2025                                         *Ingrid Petersen*
                                                                                          Ingrid M. Petersen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____

                                      Honorable Laurel Beeler
                                      United States Magistrate Judge