| | |
|---|---|
| Adam R. Alper (SBN 196834)<br>Akshay S. Deoras (SBN 301962)<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>adam.alper@kirkland.com<br>akshay.deoras@kirkland.com<br>Telephone: (415) 439-1400 | Michael B. Carlinsky (admitted *pro hac vice*)<br>michaelcarlinsky@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>295 Fifth Avenue<br>New York, New York 10016<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| Michael W. De Vries (SBN 211001)<br>KIRKLAND & ELLIS LLP<br>695 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626<br>michael.devries@kirkland.com<br>Telephone: (714) 982-8822 | David A. Nelson (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>davenelson@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| Leslie M. Schmidt (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>leslie.schmidt@kirkland.com<br>Telephone: (212) 446-4800 | *Attorneys for Defendants Procore Technologies, Inc. and Procore Payments Services, Inc.*<br><br>[Additional counsel listed on signature page] |

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,<br><br>        Plaintiffs,<br><br>        vs.<br><br>PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC., AND MARK MARIANO,<br><br>        Defendant. | Case No. 4:24-cv-07457-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR PROCORE'S MOTION TO COMPEL PARTICULARIZED TRADE SECRET DISCLOSURE (DKT. 174)** |

Pursuant to Civil Local Rules 6-2 and 7-12, and the Court's December 7, 2025 Order (Dkt. 178), Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation ("Oracle") and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. ("Procore") by and through their undersigned counsel, hereby jointly stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, Procore filed a Motion to Compel Particularized Trade Secret Disclosure by Oracle ("Motion") (Dkt. 174);

WHEREAS, the Opposition to this Motion is due on December 9, 2025, the Reply in support of this Motion is due on December 16, 2025, and the hearing for this Motion is set for January 8, 2026 at 9:30 a.m.;

WHEREAS, the parties request that the deadline for the Opposition be extended by 7 days to December 16, 2025, the deadline for the Reply be extended to December 30, 2025, and the hearing for the Motion be rescheduled to January 15, 2026 at 9:30 a.m. (which appears open on the Court's calendar).  The parties request the extensions in view of commitments over the Holidays and because the majority of Oracle's counsel of record (including Adam Alper, Michael De Vries, Akshay Deoras, and Kendra Delaney) have a pretrial conference scheduled for December 9, 2025—the same day as the current Opposition deadline—in *Applied Materials, Inc. v. Demaray*, Case No. 5:20-cv-09341-EJD (N.D. Cal.). This pretrial conference was set on March 28, 2025, prior to Procore filing its Motion. *Id.*, Dkt. No. 495.  In view of the parties' agreement for an extension to Oracle's Opposition deadline, the parties also agree to a commensurate extension to Procore's Reply deadline;

WHEREAS, the first modification of time in this case was the parties' stipulation that provided a 30-day extension for Procore Technologies, Inc. and Procore Payment Services, Inc. and a 25-day extension for Mr. Mariano to respond to Plaintiffs' Complaint (Dkt. 30) such that Defendants' deadline to respond to the Complaint was extended to December 20, 2024;

WHEREAS, the second modification of time in this case was the Court's Order granting the parties' stipulation to extend the deadline to file Oppositions to Defendant Mark Mariano's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration or Alternative Motion to

Dismiss (Dkt. 38) and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.'s Motion to Stay Pending Arbitration of Claims against Mr. Mariano or Alternative Motion to Dismiss (Dkt. 40) to January 24, 2025, the deadline to file Replies in support of these Motions to February 7, 2025, and to reschedule the hearings for these Motions to March 6, 2025 (Dkt. 42);

WHEREAS, the third modification of time in this case was the parties' stipulation that provided a 14-day extension for Defendants to respond to Plaintiffs' Complaint (Dkt. 80), such that Defendants' deadline to respond to the Complaint was extended to May 7, 2025;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, the Court has not previously stated that no further extensions will be granted. Entry and modification of the above deadlines will not impact any other scheduling order deadlines;

NOW THEREFORE, the Parties hereby stipulate and request that the Court permit the following adjustments:

| Deadline/Event | Current Deadline | Modification |
| --- | --- | --- |
| Oracle's Opposition to Motion | December 9, 2025 | December 16, 2025 |
| Procore's Reply in Support of Motion | December 16, 2025 | December 30, 2025 |
| Hearing on Motion | January 8, 2026 @ 9:30 a.m. | January 15, 2026 @ 9:30 a.m. |

DATED: December 8, 2025

/s/ Ingrid Petersen
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Ingrid Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com

/s/ David Elihu
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7000

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606

1  ingrid.petersen@kirkland.com
   kevin.wang@kirkland.com
2  Telephone: (714) 982-8822

3  Leslie M. Schmidt (*pro hac vice*)
4  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
5  New York, NY 10022
   leslie.schmidt@kirkland.com
6  Telephone: (212) 446-4800

7
8  Kendra A. Delaney (SBN 339102)
   KIRKLAND & ELLIS LLP
9  2049 Century Park East, Suite 3700
   Los Angeles, California 90067
10 kendra.delaney@kirkland.com
   Telephone: (310) 552-4200
11
12 *Attorneys for Plaintiffs Oracle America,*
   *Inc., Oracle International Corporation,*
13 *and Textura Corporation*

   Telephone: (312) 705-7400
   Fax: (312) 705-7401

   David Elihu (Bar No. 303043)
   davidelihu@quinnemanuel.com
   Erin K. Freeman (Bar No. 333462)
   erinfreeman@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
   Telephone: (213) 443-3000
   Fax: (213) 443-3100

   Jodie Cheng (Bar No. 292330)
   jodiecheng@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, CA 94111
   Telephone: (415) 875-6600
   Fax: (415) 875-6700

   *Attorneys for Defendants Procore Technologies,*
   *Inc., and Procore Payments Services, Inc.*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 8, 2025                    */s/ Ingrid Petersen*
                                            Ingrid Petersen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                Honorable Laurel Beeler
                                United States Magistrate Judge