QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.*

(A complete list of counsel appears in the signature block)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC., AND MARK MARIANO,<br><br>Defendants. | Case No. 4:24-cv-07457-JST<br><br>**DEFENDANTS PROCORE TECHNOLOGIES, INC. AND PROCORE PAYMENT SERVICES, INC.'S STATEMENT IN RESPONSE TO ORACLE'S ADMINISTRATIVE MOTION TO CONSIDER SEALING PROCORE'S MATERIAL IN THE PARTIES' JOINT DISCOVERY LETTER REGARDING PROCORE'S RESPONSES TO ORACLE'S INTERROGATORY NOS. 5, 7, AND 9**<br><br>The Hon. Laurel Beeler |

1        Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. (together, "Procore") submit this statement in response to Oracle's Administrative Motion to Consider Sealing Procore's Material in the Parties' Joint Discovery Letter Regarding Procore's Responses to Oracle's Interrogatory Nos. 5, 7, and 9 (Dkt. 195).  The subjects of that motion are excerpts of the Letter Brief, an excerpted Slack conversation produced by Procore (Exhibit 1), a text message conversation produced by Procore (Exhibit 2), excerpts of certain of Procore's Interrogatory responses (Exhibit 3), and a java file produced by Procore (Exhibit 4).

        Procore designated certain of these documents as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" because they contain highly sensitive Procore information.  However, Procore does not contend that the specific excerpts or files included with the Discovery Letter warrant sealing.

        By declining to seek sealing of this information, Procore does not waive any rights to require that Oracle file Procore's documents designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under seal in the future, nor does Procore waive any rights to seek sealing of such documents itself.  Procore's decision not to seek sealing of this information reflects Procore's view of the specific information filed, not any other portions of the documents or related documents.

| | | |
|---|---|---|
| 1 | DATED: December 31, 2025 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ David Elihu*

Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7000

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Erin K. Freeman (Bar No. 333462)
erinfreeman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 31st day of December 2025, all counsel of record who are deemed to have consented to electronic services are being served with a copy of this Document via email.

/s/ David Elihu

David Elihu

CERTIFICATE OF SERVICE                                       Case No. 4:24-cv-07457-JST