**VIA CM-ECF**

January 6, 2026

The Honorable Laurel Beeler
San Francisco Courthouse, Courtroom B – 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Your Honor,

      Pursuant to Section 2.2 of the Court's Standing Order, Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation (together, "Oracle") and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. (together, "Procore") hereby submit this joint letter to the Court regarding a discovery dispute concerning the sufficiency of certain of Oracle's interrogatory responses served in this litigation.

| | |
|---|---|
| DATED: January 6, 2026 | KIRKLAND & ELLIS LLP<br>/s/ *Akshay Deoras*<br>Akshay Deoras (SBN 301962)<br>555 California Street, 27th Floor<br>San Francisco, California 94104<br>akshay.deoras@kirkland.com<br>Telephone: (415) 439-1400<br><br>*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation* |
| DATED: January 6, 2026 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>/s/ *David Elihu*<br>David Elihu (Bar No. 303043)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>davidelihu@quinnemanuel.com<br>Telephone: (213) 443-3000<br><br>*Attorneys for Defendants Procore Technologies, Inc., Procore Payment Services, Inc.* |

# Joint Letter Regarding Oracle's Responses to Procore's Interrogatory Nos. 3, 4, 7, 8, 10, 11, 16, and 18

# [FILED UNDER SEAL]