QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.*

(A complete list of counsel appears in the signature block)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>PROCORE TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 4:24-cv-07457-JST<br><br>**DEFENDANTS PROCORE TECHNOLOGIES, INC. AND PROCORE PAYMENT SERVICES, INC.'S STATEMENT IN RESPONSE TO ORACLE'S ADMINISTRATIVE MOTION TO CONSIDER SEALING PROCORE'S MATERIAL IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER** |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. (together, "Procore") submit this statement in response to Oracle's Administrative Motion to Consider Sealing Procore's Material in Plaintiffs' Opposition to Defendants' Motion to Modify the Scheduling Order (Dkt. 236).  Procore has reviewed and complied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5.

On January 27, 2026, Oracle filed its Opposition (the "Opposition") (Dkt. 237) to Procore's Administrative Motion to Modify the Scheduling Order.  Dkt. 235.  The Opposition discusses Procore's business strategies and customers.  Oracle also attached to the Opposition as Exhibit 2 a July 17, 2023 Slack exchange Procore produced in discovery in which Procore employees discussed sensitive information regarding Procore's business and development strategies, as well as its customers.  Dkt. 237-3.  Consistent with Section 5 of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. 77), Procore designated this document "Highly Confidential – Attorneys' Eyes Only," including because the document contains competitive information about Procore's business and development strategies and customers and Oracle is a competitor of Procore.  Oracle also attached to the Opposition as Exhibit 1 a November 12, 2021 Slack exchange between Procore employees.

As the Opposition relates to a non-dispositive motion, this request to seal is governed by the "good cause" standard.  *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Prolifiq Software Inc. v. Veeva Sys. Inc.*, 2014 WL 2527148, at *3 (N.D. Cal. June 4, 2014) (applying "good cause" standard to discovery dispute).

Good cause exists to seal the portions of the Opposition and Exhibit 2 identifying Procore's business and development strategies and customers.  Courts in this District regularly seal information related to business plans and strategies.  *See, e.g., Asuragen, Inc. v. Accuragen, Inc.*, 2018 WL 4855435, at *2 (N.D. Cal. Jan. 30, 2018) (sealing exhibit that would "giv[e] third parties insights into [defendant's] . . . business plans"); *Newmark Realty Cap., Inc. v. BGC Partners, Inc.*, 2018 WL 10701600, at *2 (N.D. Cal. Aug. 31, 2018) (sealing documents containing "confidential information relating to Defendants' business and internal discussions about business strategy").

1  Courts also regularly seal information related to customer names and other commercially sensitive
2  information.  *See, e.g., Workplace Techs. Rsch., Inc. v. Project Mgmt. Inst., Inc.*, 2022 WL 1913434,
3  at *2 (S.D. Cal. June 3, 2022) (permitting a party to redact customer names and stating that
4  documents "containing commercially sensitive information" are sealable); *Rich v. Shrader*, 2013
5  WL 6190895, at *2 (S.D. Cal. Nov. 26, 2013) (sealing information containing "internal partnership
6  evaluations, management expectations and performance reviews, financial information, as well as
7  company strategies to improve employee performance and experience").

8        Procore does not seek to seal any portions of the document Oracle attached to the Opposition
9  as Exhibit 1.  By declining to seek sealing of this information, Procore does not waive any rights to
10 require that Oracle file Procore's documents designated "Highly Confidential – Attorneys' Eyes
11 Only" under seal in the future, nor does Procore waive any rights to seek sealing of such documents
12 itself.

13       Procore's request is narrowly tailored to seal only information that would create a substantial
14 risk of harm if publicly disclosed.  For the foregoing reasons, Procore respectfully requests that the
15 Court grant its request to file the portions of the Opposition and Exhibit 2 that identify Procore's
16 business and development strategies and customers under seal.

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| Opposition | Portion highlighted in orange. | The redacted portion on page 2 contains information about Procore's business strategies and customers. Revealing this information would create a substantial risk of harm to Procore.  There is no less restrictive alternative to sealing this specific information. |
| Exhibit 1 | None. | None. |
| Exhibit 2 | Portion highlighted in orange. | The redacted portion contains information about Procore's business and development strategies and customers. Revealing this information would create a substantial risk of harm to Procore.  There is no less restrictive alternative to sealing this specific information. |

1    Pursuant to Civil Local Rules 7-11 and 79-5(c), Procore's statement is accompanied by the
2 following documents: (1) Declaration of Robert F. Longtin in support of this statement and
3 (2) Proposed Order.

4

5 DATED:  February 3, 2026                    Respectfully submitted,

6                                             QUINN EMANUEL URQUHART & SULLIVAN, LLP

7

8                                             By: */s/ Robert F. Longtin*

9                                             Michael B. Carlinsky (admitted *pro hac vice*)
                                              michaelcarlinsky@quinnemanuel.com
10                                            Alexander Rudis (admitted *pro hac vice*)
                                              alexanderrudis@quinnemanuel.com
11                                            Robert F. Longtin (admitted *pro hac vice*)
                                              robertlongtin@quinnemanuel.com
12                                            295 Fifth Avenue
                                              New York, New York 10016
13                                            Telephone: (212) 849-7000
                                              Fax: (212) 849-7000
14

15                                            David A. Nelson (admitted *pro hac vice*)
                                              davenelson@quinnemanuel.com
16                                            191 N. Wacker Drive, Suite 2700
                                              Chicago, IL 60606
17                                            Telephone: (312) 705-7400
                                              Fax: (312) 705-7401
18

19                                            David Elihu (Bar No. 303043)
                                              davidelihu@quinnemanuel.com
20                                            Erin K. Freeman (Bar No. 333462)
                                              erinfreeman@quinnemanuel.com
21                                            865 South Figueroa Street, 10th Floor
                                              Los Angeles, California 90017
22                                            Telephone: (213) 443-3000
                                              Fax: (213) 443-3100
23

24                                            Jodie Cheng (Bar No. 292330)
                                              jodiecheng@quinnemanuel.com
25                                            50 California Street, 22nd Floor
                                              San Francisco, CA 94111
26                                            Telephone: (415) 875-6600
                                              Fax: (415) 875-6700
27

28

*Attorneys for Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of February 2026, all counsel of record who are deemed to have consented to electronic services are being served with a copy of this Document via email.

/s/ Robert F. Longtin

Robert Longtin