Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

*Attorneys for Plaintiffs Oracle America, Inc.,*
*Oracle International Corporation,*
*and Textura Corporation*

*Additional counsel listed on signature page]*

Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Defendants Procore Technologies,*
*Inc. and Procore Payments Services, Inc.*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC., AND MARK MARIANO,<br><br>Defendant. | Case No. 4:24-cv-07457-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR SUPPLEMENTAL DEPOSITIONS OF MIKE ANTIS AND GEOFF LEWIS** |

Pursuant to Civil Local Rules 6-2 and 7-12, and the Court's December 7, 2025 Order (Dkt. 178), Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation ("Oracle") and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. ("Procore"), by and through their undersigned counsel, hereby jointly stipulate and agree, subject to the approval of the Court, to extend the deadline for a 2-hour deposition of Mike Antis regarding Procore's 30(b)(6) Topics 24 and 27 relating to competitive intelligence; Topics 18, 22, and 31 relating to customer wins/losses; and Topic 32 and to extend the deadline for a 2-hour deposition of Geoff Lewis designated to testify on Oracle's 30(b)(6) Topics 54, 55, 57, 58, and 73. The parties further jointly stipulate and agree, subject to the approval of the Court, that any disputes regarding these depositions may be raised up to one week after their conclusion. This modest, agreed-to extension will allow the parties to continue to attempt to resolve or narrow the issues related to discovery disputes and negate the need to move the Court for assistance in resolving the issues.  No other deadlines will be affected by this extension.  As such, the parties respectfully submit that good cause exists for this extension and it should be granted.

WHEREAS, the first modification of time in this case was the parties' stipulation (Dkt. 30) that provided a 30-day extension for Procore Technologies, Inc. and Procore Payment Services, Inc. and a 25-day extension for Mr. Mariano to respond to Plaintiffs' Complaint such that Defendants' deadline to respond to the Complaint was extended to December 20, 2024;

WHEREAS, the second modification of time in this case was the Court's Order (Dkt. 42) granting the parties' stipulation to extend the deadline (Dkt. 41) to file Oppositions to Defendant Mark Mariano's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration or Alternative Motion to Dismiss (Dkt. 38) and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.'s Motion to Stay Pending Arbitration of Claims against Mr. Mariano or Alternative Motion to Dismiss (Dkt. 40) to January 24, 2025, the deadline to file Replies in support of these Motions to February 7, 2025, and to reschedule the hearings for these Motions to March 6, 2025;

WHEREAS, the third modification of time in this case was the parties' stipulation (Dkt. 80) that provided a 14-day extension for Defendants to respond to Plaintiffs' Complaint, such that Defendants' deadline to respond to the Complaint was extended to May 7, 2025;

WHEREAS the fourth modification of time in this case was the Court's August 5, 2025 minute entry (Dkt. 157), setting a further case management conference for November 18, 2025;

WHEREAS the fifth modification of time in this case was the Court's November 14, 2025 Order (Dkt. 173), continuing the November 18, 2025 case management conference to January 20, 2026, with the Updated Joint Case Management Statement due January 13, 2026, in light of the parties' December 3, 2025 mediation;

WHEREAS, the sixth modification of time was the Court's Order (Dkt. 180) made in response to the parties' stipulation (Dkt. 179) that provided the parties with extensions for the briefing on Procore Motion to Compel Particularized Trade Secret Disclosure by Oracle and moved the hearing date to January 15, 2026;

WHEREAS, the seventh modification of time in this case was the Court's Order (Dkt. 220) made in response to the parties' stipulation (Dkt. 218) that modified the due date of the Joint Case Management Statement and date of the January 2026 Case Management Conference;

WHEREAS, the eighth modification of time in this case was the Court's Order (Dkt. 241) to modify certain aspects of the scheduling order in response to Procore's motion (Dkt. 235).

WHEREAS, the ninth modification of time in this case was the Court's Order (Dkt. 263) made in response to the parties' stipulation (Dkt. 261) to take the deposition of Mark Mariano after the March 16, 2026 completion date for fact discovery.

WHEREAS, the tenth modification of time in this case was the Court's Order (Dkt. 266) made in response to the parties' stipulation (Dkt. 264) to take the deposition of Tom Stemm after the March 16, 2026 completion date for fact discovery.

WHEREAS, the eleventh modification of time in this case was the Court's Order (Dkt. 275) made in response to the parties' stipulation (Dkt. 273) to modify the deadlines (1) to file a Motion to Compel Fact Discovery related to issues identified in Oracle's 3/23 draft letter brief regarding videos, Oracle's 3/19 draft letter brief and Procore's 3/20 correspondence regarding financials,

JOINT STIPULATION AND [~~PROPOSED~~] ORDER

Procore's 3/13 draft letter brief regarding source code, Procore's 3/20 draft letter brief regarding competitive intelligence to after the March 23, 2025 motion to compel deadline and (2) to file a Motion to Compel Fact Discovery related to the parties' privilege logs after the March 23, 2026 motion to compel deadline.

WHEREAS, other than the foregoing, there have been no modifications to the scheduling order in this case.

WHEREAS, the Court has not previously stated that no further extensions will be granted. Entry and modification of the below deadline will not impact any other scheduling order deadlines;

NOW THEREFORE, the Parties hereby stipulate and request that the Court extend the deadline to file a motion to compel fact discovery as outlined in the table below.

| Deadline/Event | Current Deadline | Modification |
| --- | --- | --- |
| Deadline for a 2-hour deposition of Geoff Lewis regarding Oracle's 30(b)(6) Topics 54, 55, 57, 58, and 73. | March 16, 2026 | March 27, 2026 |
| Deadline to raise any disputes arising out of the deposition of Geoff Lewis. | March 25, 2026 | April 3, 2026 |
| Deadline for a 2-hour deposition of Mike Antis regarding Procore's 30(b)(6) Topics 24 and 27 relating to competitive intelligence; Topics 18, 22, and 31 relating to customer wins/losses; and Topic 32. | March 16, 2026 | April 10, 2026 |
| Deadline to raise any disputes arising out of the deposition of Mike Antis. | March 25, 2026 | April 17, 2026 |

DATED: March 25, 2026

/s/ Ingrid Petersen
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)

/s/ Brianne M. Straka
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000

Ingrid Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Kendra A. Delaney (SBN 339102)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
kendra.delaney@kirkland.com
Telephone: (310) 552-4200

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

Fax: (212) 849-7000

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
Brianne M. Straka (admitted *pro hac vice*)
briannestraka@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Erin K. Freeman (Bar No. 333462)
erinfreeman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendants Procore Technologies, Inc., and Procore Payments Services, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 27, 2026

_____

Honorable Jon S. Tigar
United States District Court Judge

Case No. 4:24-cv-07457-JST

JOINT STIPULATION AND [~~PROPOSED~~] ORDER