Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

*Attorneys for Plaintiffs Oracle America, Inc.,*
*Oracle International Corporation,*
*and Textura Corporation*

*[Additional counsel listed on signature page]*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC, ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PROCORE TECHNOLOGIES, INC. and PROCORE PAYMENT SERVICES, INC., <br><br> Defendants. | C.A. No. 4:24-cv-7457-JST <br><br> **ORACLE'S STATEMENT IN RESPONSE TO PROCORE'S ADMINISTRATIVE MOTION TO SEAL PROCORE'S AND ORACLE'S MATERIAL IN PROCORE'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF ANDREW CRAIN** |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation (together, "Oracle") submit this statement in response to Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.'s (together, "Procore") Administrative Motion to Seal Procore's and Oracle's Material in Procore's Motion to Strike Portions of the Expert Report of Andrew Crain (Dkt. 297). Oracle has reviewed and complied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5.

Exhibits 1, 4, and 5 to Procore's Motion to Strike Portions of the Expert Report of Andrew Crain ("Motion to Strike") include information that Oracle has designated as "Highly Confidential – Attorneys' Eyes Only" consistent with Section 5 of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. 77), including because the documents contain confidential business information concerning Oracle's proprietary and confidential trade secret files, pricing plans, and business strategies.

As these documents were filed in connection with a non-dispositive motion, the request to seal is governed by the "good cause" standard. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Straight Path IP Grp., Inc. v. Cisco Sys., Inc.*, 411 F. Supp. 3d 1026, 1036 (N.D. Cal. 2019) ("good cause" shown to seal "confidential business information related to certain customers"); *Dugan v. Lloyds TSB Bank, PLC*, 2013 WL 1435223, at *2 (N.D. Cal. Apr. 9, 2013) ("There may be 'good cause' to seal records that . . . contain trade secrets, contain confidential research, development or commercial information, or if disclosure of the information might harm a litigant's competitive standing."); *OpenTV, Inc. v. Apple, Inc.*, 2015 WL 5714851, at *2 (N.D. Cal. Sept. 17, 2015) (finding "good cause" to seal revenues, customers, and sales data); *True Health Chiropractic Inc. v. McKesson Corp.*, 2020 WL 8515133, at *2 (N.D. Cal. Dec. 24, 2020) ("customer information generally constitutes trade secrets").

Courts in this District regularly find "good cause" to seal records that contain "confidential research, development, or commercial information." *In re High-Tech Emp. Antitrust Litig.*, No. 11-cv-02509, 2013 WL 163779, at *1 (N.D. Cal. Jan. 15, 2013); *see also Good Samaritan Hosp. L.P v. MultiPlan, Inc.*, No. 22-cv-02139, 2023 WL 6520161, at *2 (N.D. Cal. Sept. 15, 2023) (finding good

cause to seal confidential and proprietary business information); *Calhoun v. Google LLC*, No. 20-cv-05146, 2022 WL 1122843, at *3 (N.D. Cal. Apr. 14, 2022) (finding good cause to seal references to "sensitive features of Google's internal systems").  Oracle's request is narrowly tailored to seal only information that would create a substantial risk of harm if publicly disclosed.  For the foregoing reasons, Oracle respectfully requests that the Court grant its request to seal these documents as described below.

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
| --- | --- | --- |
| Ex. 1 (Expert Report of Andrew Crain) [Dkt. 297-2] | The pink highlighted portions at Image on page 16; Image on page 24; Paragraph 105 lines 11–12, 15–17; Image on page 70; Exhibit C column C; Exhibit D columns O–R; Exhibit E columns D–E, H, M, O; Exhibit F columns D, F, I, K; Exhibit G columns E, J–L; Exhibit H columns R, T; Exhibit J columns J–K | This document contains highly confidential Oracle information regarding Oracle's trade secret files, pricing plans, and business strategies.  Revealing this information would create a substantial risk of serious harm to Oracle.  There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Procore has also moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information in Procore's Motion to Strike. |
| Ex. 4 (Plaintiffs' Fourth Supplemental Objections and Responses to Procore Defendants' First Set of Interrogatories to Plaintiffs) [Dkt. 297-3] | The pink highlighted portions at Page 62 lines 15–24, 26–27; Page 63 lines 1–3, 7–9, 13, 17–23, 26–27; Page 64 lines 1–3, 5–7, 13–14, 16–17; Page 66 lines 26–27; Page 67 line 1; Page 68 lines 2–3, 24–25; Page 69 line 9–10, 20; Page 240 line 4– 5, 23 | This document contains highly confidential Oracle information regarding Oracle's trade secret files, pricing plans, and business strategies.  Revealing this information would create a substantial risk of serious harm to Oracle.  There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Procore has also moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information in Procore's Motion to Strike. |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| Ex. 5 (Defendants' March 10, 2026 Supplemental Response to Oracle's Interrogatory No. 8) [Dkt. 297-4] | The pink highlighted portions at Page 62 lines 8–9, 14, 17–18; Page 64 lines 4–5, 13–14; Page 67 lines 6– 7, 15–16; Page 68 lines 27–28; Page 69 lines 7– 9; Page 71 line 16; Page 72 line 25; Page 73 lines 5–7, 17–18, 21; Page 74 lines 10, 15–16, 18, 24; Page 75 lines 12, 20, 25; Page 76 lines 11–13 | This document contains highly confidential Oracle information regarding Oracle's trade secret files, pricing plans, and business strategies.  Revealing this information would create a substantial risk of serious harm to Oracle.  There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case.  Procore has also moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information in Procore's Motion to Strike. |

Pursuant to Civil L.R. 79-5(c) and 7-11(a), this statement is accompanied by the following documents: (1) Declaration of Ingrid Petersen in support of this statement and (2) a proposed order.

Dated: May 15, 2026

Respectfully submitted,

/s/ Ingrid M. Petersen
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Ingrid M. Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Kendra A. Delaney (SBN 339102)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
kendra.delaney@kirkland.com
Telephone: (310) 552-4200

*Attorneys for Plaintiffs Oracle America, Inc.,
Oracle International Corporation, and Textura
Corporation*