KIRKLAND & ELLIS LLP
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Ingrid Marie Haslund Petersen (SBN 313927)
Kendra Delaney (SBN 339102)
695 Town Center Drive, Suite 1700
Costa Mesa, California 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Attorneys for Plaintiffs
ORACLE AMERICA, INC.,
ORACLE INTERNATIONAL
CORPORATION, and
TEXTURA CORPORATION

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendants
PROCORE TECHNOLOGIES, INC. AND
PROCORE PAYMENT SERVICES, INC.,

(A complete list of counsel appears in the signature block)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC., and MARK MARIANO,<br><br>Defendants. | Case No. 4:24-cv-07457-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR ORACLE TO FILE OPPOSITIONS TO PROCORE'S SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** |

Pursuant to Rule 16(b) and Civil Local Rule 6-2, Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. ("Defendants") and Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation ("Plaintiffs") by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for Oracle to file its Oppositions to Procore's Summary Judgment and *Daubert* Motions by one day.

Specifically, Oracle proposes to modify the deadline for Oracle to file its Oppositions to Procore's Motion Summary Judgment (Dkt. 342), Procore's Motion to Exclude Opinions of William Ibbs and Kevin Almeroth (Dkt. 337), Procore's Motion to Exclude the Opinions of Andrew Crain (Dkt. 340), and Oracle's Opposition to Procore's Motion to Exclude Opinions of Melissa A. Bennis (Dkt. 344) from July 8, 2026 (Dkt. 333) to July 9, 2026. Procore does not oppose Oracle's request. Good cause exists for this extension.  The parties' Dispositive and *Daubert* Motions were due on June 17, 2026 (Dkt. 333).  Under Judge Tigar's Standing Order for All Civil Cases, all filing deadlines are at 5 p.m.  Procore filed its Motion to Exclude the Opinions of Melissa A. Bennis (Dkt. 344) at 5:11 p.m., the sealed versions of its Motion to Exclude the Opinions of Melissa A. Bennis and sealed exhibits (Dkts. 345-346) at 6:03 p.m. and 6:42 p.m., the Declaration and exhibits to its Motion for Summary Judgment (Dkt. 347) at 10:10 p.m., the sealed versions of its Motion for Summary Judgement and sealed exhibits (Dkts. 348-349) at 10:46 p.m. and 11:06 p.m., and served the sealed versions of its 4 Motions and exhibits at 11:23 p.m.

Oracle maintains good cause exists for extending the deadline for Oracle to file its Oppositions to these Motions as it will give Oracle the proper time to respond.  There is no prejudice to either party and no other deadlines will be affected by this extension.  As the deadline for Replies is not changing, this would still leave 29 days between the filing of the Replies and the dispositive motion hearing deadline (August 20, 2026), the dispositive motion hearing deadline would not change, in accordance with the Court's Standing Order for All Civil Cases, Section G, Motions for Summary Judgment (requiring at least 21 days between the final brief and the hearing date). Therefore, good cause exists for this extension and it should be granted.

WHEREAS, the first modification of time in this case was the parties' stipulation that provided a 30-day extension for Procore and a 25-day extension for Mr. Mariano to respond to Plaintiffs' Complaint (Dkt. 30), which extended the response deadline to December 20, 2024;

WHEREAS, the second modification of time in this case was the Court's Order (Dkt. 42) granting the parties' stipulation to extend Plaintiffs' deadline to file Oppositions to Mr. Mariano's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration or Alternative Motion to Dismiss (Dkt. 38) and Procore's Motion to Stay Pending Arbitration of Claims Against Mr. Mariano or Alternative Motion to Dismiss (Dkt. 40) to January 24, 2025, the deadline for Procore and Mr. Mariano to file Replies in support of their Motions to February 7, 2025, and to reschedule the hearing for these Motions to March 6, 2025 (Dkt. 42);

WHEREAS, the third modification of time in this case was the parties' stipulation extending Procore's and Mr. Mariano's time to respond to Plaintiffs' Complaint (Dkt. 80) by 14 days, such that the response deadline was extended to May 7, 2025;

WHEREAS, the fourth modification of time in this case was the Court's August 5, 2025 minute entry (Dkt. 157), setting a further case management conference for November 18, 2025;

WHEREAS, the fifth modification of time in this case was the Court's November 14, 2025 Order (Dkt. 173), continuing the November 18, 2025 case management conference to January 20, 2026, with the Updated Joint Case Management Statement due January 13, 2026, in light of the parties' December 3, 2025 mediation;

WHEREAS, the sixth modification of time in this case was the Court's Order (Dkt. 180) made in response to the parties' stipulation (Dkt. 179) that provided the parties with extensions for the briefing on Procore's Motion to Compel Particularized Trade Secret Disclosure by Oracle and moved the hearing date to January 15, 2026;

WHEREAS, the seventh modification of time in this case was the Court's Order (Dkt. 220) made in response to the parties' stipulation (Dkt. 218) that modified the due date of the Joint Case Management Statement and date of the January 2026 Case Management Conference;

WHEREAS, the eighth modification of time in this case was the Court's Order (Dkt. 241) to modify certain aspects of the scheduling order in response to Procore's motion (Dkt. 235);

WHEREAS, the ninth modification of time in this case was the Court's Order (Dkt. 263) made in response to the parties' stipulation (Dkt. 261) to take the deposition of Mark Mariano after the March 16, 2026 completion date for fact discovery;

WHEREAS, the tenth modification of time in this case was the Court's Order (Dkt. 266) made in response to the parties' stipulation (Dkt. 264) to take the deposition of Tom Stemm after the March 16, 2026 completion date for fact discovery;

WHEREAS, the eleventh modification of time in this case was the Court's Order (Dkt. 275) made in response to the parties' stipulation (Dkt. 273) to extend the deadline for the parties to move to compel fact discovery past the March 23, 2026 deadline;

WHEREAS, the twelfth modification of time in this case was the Court's Order (Dkt. 278) made in response to the parties' stipulation (Dkt. 276) to take 2-hour depositions of Geoff Lewis and Mike Antis after the March 16, 2026 completion date for fact discovery;

WHEREAS, the thirteenth modification of time in this case was the Court's order (Dkt. 282) made in response to the parties' stipulation (Dkt. 281) to extend the deadline for expert disclosures;

WHEREAS, the fourteenth modification of time in this case was the Court's order (Dkt. 287) made in response to the parties' stipulation (Dkt. 283) to shorten the deadlines for Procore's motion to strike portions of the expert report of Andrew Crain;

WHEREAS, the fifteenth modification of time in this case was the Court's order (Dkt. 291) made in response to the parties' stipulation (Dkt. 288) to file Procore's motion to strike portions of the expert report of Andrew Crain out of time;

WHEREAS, the sixteenth modification of time in this case was the Court's order (Dkt. 322) made in response to the parties' stipulation to take expert depositions out of time (Dkt. 314);

WHEREAS, the seventeenth modification of time in this case was the Court's order (Dkt. 326) made in response to the parties' stipulation to modify the briefing schedule for Oracle's motion for adverse inference due to spoliation (Dkt. 304).

WHEREAS, the eighteenth modification of time in this case was the Court's order (Dkt. 333) made in response to the parties' stipulation to extend the briefing deadlines for *Daubert* and dispositive motions (Dkt. 332).

WHEREAS, other than the foregoing, there have been no modifications to the scheduling order in this case;

WHEREAS, the Court has not previously stated that no further extensions will be granted, and entry and modification of the below deadlines will not impact any other scheduling order deadlines;

NOW THEREFORE, Oracle requests that the Court permit the following adjustments, which Procore does not oppose:

| Deadline/Event | Current Deadline | Modification |
|---|---|---|
| Oracle's Opposition to Procore's Motion to Exclude Opinions of William Ibbs and Kevin Almeroth [Dkt. 337] | July 8, 2026 | July 9, 2026 |
| Oracle's Opposition to Procore's Motion to Exclude the Opinions of Andrew Crain [Dkt. 340] | July 8, 2026 | July 9, 2026 |
| Oracle's Opposition to Procore's Motion to Exclude Opinions of Melissa A. Bennis [Dkt. 344] | July 8, 2026 | July 9, 2026 |
| Oracle's Opposition to Procore's Motion for Summary Judgment [Dkt. 342] | July 8, 2026 | July 9, 2026 |

DATED: June 26, 2026

*s/s Ingrid M. Petersen*

Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Ingrid M. Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Kendra A. Delaney (SBN 339102)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
kendra.delaney@kirkland.com
Telephone: (310) 552-4200

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

*/s/ Robert F. Longtin*

Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Erin K. Freeman (Bar No. 333462)
erinfreeman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendants Procore Technologies, Inc., and Procore Payment Services, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2026

_____

Honorable Jon S. Tigar
United States District Court Judge

Case No. 4:24-cv-07457-JST
STIPULATION AND [~~PROPOSED~~] ORDER