UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROCORE TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 24-cv-07457-JST <br><br> **ORDER GRANTING MOTIONS TO SEAL** <br><br> Re: ECF Nos. 338, 339, 341, 343, 345, 346, 348, 349, 354, 355 |

Before the Court are ten motions to seal in connection with the motion for summary judgment, three *Daubert* motions, and the opposition to the motion for an adverse inference in this case. ECF Nos. 338, 339, 341, 343, 345, 346, 348, 349, 354, 355. The Court has considered those motions in addition to the responsive statements and declarations filed by both parties. They appear procedurally proper and narrowly tailored to preserve the public's right of access while protecting the underlying trade secrets and confidential business interests. All ten motions are granted.

**IT IS SO ORDERED.**

Dated: July 9, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California