UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PROCORE TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 24-cv-07457-JST <br><br> **ORDER GRANTING MOTIONS TO SEAL** <br><br> Re: ECF Nos. 375, 376, 379, 380, 382, 383, 385, 386 |

Before the Court are eight motions to seal in connection with the oppositions to Defendants' motion for summary judgment and three *Daubert* motions.  ECF Nos. 375, 376, 379, 380, 382, 383, 385, 386.  The Court has considered those motions in addition to the responsive statements and declarations filed by both parties.  They appear procedurally proper and narrowly tailored to preserve the public's right of access while protecting the underlying trade secrets and confidential business interests.  All eight motions are granted.

**IT IS SO ORDERED.**

Dated:  July 27, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California