United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br>Plaintiffs,<br>v.<br>PROCORE TECHNOLOGIES, INC., et al.,<br>Defendants. | Case No. 24-cv-07457-JST<br><br>**ORDER DENYING MOTION TO CONSIDER SEALING**<br><br>Re: ECF No. 396 |

On July 22, 2026, Defendants filed a motion to consider whether another party's material should be sealed. ECF No. 396. Plaintiffs did not file the responsive declaration required by Civil Local Rule 79-5. The Court gave them seven more days to do so, but no responsive declaration has been received. ECF No. 423. The sealing motion, ECF No. 396, is therefore denied. Within seven days of the date of this order, Procore shall file an unredacted copy of its Reply to Motion to Exclude Opinions of Andrew Crain publicly on the docket.

**IT IS SO ORDERED.**

Dated: September 10, 2026

JON S. TIGAR
United States District Judge