KIRKLAND & ELLIS LLP
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
695 Town Center Drive, Suite 1700
Costa Mesa, California 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Attorneys for Plaintiffs
ORACLE AMERICA, INC.,
ORACLE INTERNATIONAL
CORPORATION, and
TEXTURA CORPORATION

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
PROCORE TECHNOLOGIES, INC. AND
PROCORE PAYMENT SERVICES, INC.,

(A complete list of counsel appears in the signature block)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,

Plaintiffs,

vs.

PROCORE TECHNOLOGIES, INC., PROCORE PAYMENT SERVICES, INC.

Defendants.

Case No. 4:24-cv-07457-JST

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PUBLIC VERSION OF SUMMARY JUDGMENT HEARING TRANSCRIPT**

Pursuant to the Court's September 9, 2026 Order (Dkt. 426) Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation ("Oracle") and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. ("Procore") by and through their undersigned counsel, hereby file, subject to the approval of the Court, a redacted public version of the Court's Summary Judgement hearing transcript that redacts the portions of the transcript containing or referring to material which Oracle requests be sealed. Procore does not join in Oracle's sealing request, and it takes no position on the request.

DATED: September 23, 2026


*/s/ Ingrid M. Petersen*
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Yimeng Dou (SBN 285248)
Ingrid M. Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, California 92626
michael.devries@kirkland.com
yimeng.dou@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Christopher M. Lawless (SBN 268952)
Kendra Delaney (SBN 339102)

*/s/ Robert F. Longtin*
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Erin K. Freeman (Bar No. 333462)
erinfreeman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111

KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
christopher.lawless@kirkland.com
kendra.delaney@kirkland.com
Telephone: (310) 552-4200

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

Telephone: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendants Procore Technologies, Inc., and Procore Payment Services, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 23, 2026

*/s/ Ingrid M. Petersen*
Ingrid M. Petersen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____________________ ____________________________________________

Honorable Jon S. Tigar
United States District Court Judge