UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC., et al.,
Plaintiffs,

v.

PROCORE TECHNOLOGIES, INC., et al.,
Defendants.

Case No. 24-cv-07457-JST

**ORDER RE: JOINT STIPULATION AND PROPOSED ORDER REGARDING PUBLIC VERSION OF SUMMARY JUDGMENT HEARING TRANSCRIPT**

Re: ECF No. 429

On September 9, 2026, the Court ordered the Parties to file on the docket a stipulated redacted version of the transcript of their August 20, 2026, summary judgment hearing. ECF No. 426. On September 23, the Parties filed a document indicating that such a transcript was attached. ECF No. 429. The transcript was not, however, attached. Accordingly, the parties shall file the transcript containing their proposed redactions within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: September 28, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California