Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

*[Additional counsel listed on signature page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ORACLE AMERICA, INC, ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PROCORE TECHNOLOGIES, INC. and PROCORE PAYMENT SERVICES, INC.,<br><br>Defendants. | C.A. No. 4:24-cv-7457-JST<br><br>**ORACLE'S STATEMENT IN RESPONSE TO PROCORE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO SEAL ORACLE'S MATERIAL IN PROCORE'S MOTIONS *IN LIMINE*** |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation (together, "Oracle") submit this statement in response to Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.'s (together, "Procore") Administrative Motion to Consider Whether to Seal Oracle's Material in Procore's Motions *In Limine* (Dkt. 444). Oracle has reviewed and complied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal and Civil Local Rule 79-5.

On October 16, 2026 Procore filed under seal portions of its Motions *In Limine* ("Procore's MIL"), Appendix A, and Exhibits 1–2, 4–28, 46–47, 51, 56, 59–64, 66–68, 70, 72, 74–75, 77, 80, 83, 88, 90–97 as these document include information that Oracle has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" consistent with Section 5 of the Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets (Dkt. 77).

As these documents were filed in connection with a non-dispositive motion, the request to seal is governed by the "good cause" standard. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Straight Path IP Grp., Inc. v. Cisco Sys., Inc.*, 411 F. Supp. 3d 1026, 1036 (N.D. Cal. 2019) ("good cause" shown to seal "confidential business information related to certain customers"); *Dugan v. Lloyds TSB Bank, PLC*, 2013 WL 1435223, at *2 (N.D. Cal. Apr. 9, 2013) ("There may be 'good cause' to seal records that . . . contain trade secrets, contain confidential research, development or commercial information, or if disclosure of the information might harm a litigant's competitive standing."); *OpenTV, Inc. v. Apple, Inc.*, 2015 WL 5714851, at *2 (N.D. Cal. Sept. 17, 2015) (finding "good cause" to seal revenues, customers, and sales data); *True Health Chiropractic Inc. v. McKesson Corp.*, 2020 WL 8515133, at *2 (N.D. Cal. Dec. 24, 2020) ("customer information generally constitutes trade secrets").

Courts in this District regularly find "good cause" to seal records that contain "confidential research, development, or commercial information." *In re High-Tech Emp. Antitrust Litig.*, No. 11-cv-02509, 2013 WL 163779, at *1 (N.D. Cal. Jan. 15, 2013); *see also Good Samaritan Hosp. L.P v. MultiPlan, Inc.*, No. 22-cv-02139, 2023 WL 6520161, at *2 (N.D. Cal. Sept. 15, 2023) (finding good cause to seal confidential and proprietary business information); *Calhoun v. Google LLC*, No. 20-cv-

05146, 2022 WL 1122843, at *3 (N.D. Cal. Apr. 14, 2022) (finding good cause to seal references to "sensitive features of Google's internal systems"). Oracle's request is narrowly tailored to seal only information that would create a substantial risk of harm if publicly disclosed. For the foregoing reasons, Oracle respectfully requests that the Court grant its request to seal these documents as described below.

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| Procore's MIL [Dkt. 444-2] | Yellow highlighted portions of page | This document contains confidential Oracle information regarding Oracle's proprietary and confidential trade secret files, including related to integration strategies and Textura strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. Procore has indicated that its confidential information is highlighted in blue. |
| Appendix A [Dkt. 444-3] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 1 [Dkt. 444-4] | Entirety | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| Ex. 2 [Dkt. 444-5] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 4 [Dkt. 444-6] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 5 [Dkt. 444-7] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 6 [Dkt. 444-8] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 7 [Dkt. 444-9] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 8 [Dkt. 444-10] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 9 [Dkt. 444-11] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 10 [Dkt. 444-12] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 11 [Dkt. 444-13] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
| --- | --- | --- |
| | | There is no less restrictive alternative to sealing this limited information. |
| Ex. 12 [Dkt. 444-14] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 13 [Dkt. 444-15] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 14 [Dkt. 444-16] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 15 [Dkt. 444-17] | None. | This document does not contain information Oracle is seeking to seal. |
| Ex. 16 [Dkt. 444-18] | Redacted portions. | This redacted portions of this document contain confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 17 [Dkt. 444-19] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 18 [Dkt. 444-20] | Redacted portions. | This redacted portions of this document contain confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 19 [Dkt. 444-21] | Redacted portions. | This redacted portions of this document contain confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 20 [Dkt. 444-22] | None. | This document does not contain information Oracle is seeking to seal. |
| Ex. 21 [Dkt. 444-23] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 22 [Dkt. 444-24] | None. | This document does not contain information Oracle is seeking to seal. |
| Ex. 23 [Dkt. 444-25] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 24 [Dkt. 444-26] | Redacted portions. | This redacted portions of this document contain confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 25 [Dkt. 444-27] | Entirety. | This document contains confidential Oracle information regarding integration information including specific information regarding Oracle's Yardi integration. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 26 [Dkt. 444-28] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files; this file provides an information process flow for Oracle's Yardi integration. |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 27 [Dkt. 444-29] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files; this file provides specific instructions and steps for Oracle's Yardi integration. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 28 [Dkt. 444-30] | Entirety. | This document contains confidential Oracle information regarding Oracle's business arrangement and relationship with Yardi. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 46 [Dkt. 444-31] | Entirety. | This document contains confidential Oracle information regarding Oracle's business arrangement and relationship with a developer for the SAP Integration, including project specifics and fees. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 47 [Dkt. 444-32] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential approach to its TPM solution, including integration strategies, Textura strategies, and business strategies. While the Court determined that Oracle had not shown this document was a trade secret, the Court did not rule that it was not confidential. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 51 [Dkt. 444-33] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's payment process information including for specific customers. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. Procore has indicated that its confidential information is highlighted in blue. |
| Ex. 56 [Dkt. 444-34] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's financial information, including revenues. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 59 [Dkt. 444-35] | Entirety. | This document contains confidential Oracle information regarding Oracle's confidential business information, including competitive information regarding Oracle's customer relationships and confidential employee information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 60 [Dkt. 444-36] | None. | The document does not contain information Oracle is seeking to seal. |
| Ex. 61 [Dkt. 444-37] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's payment processes. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 62 [Dkt. 444-38] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's trade secret files, including Oracle's integration information and process. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| Ex. 63 [Dkt. 444-39] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's TPM business, including specific details regarding payment processes. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 64 [Dkt. 444-40] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's TPM business, including specific details regarding payment processes. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 66 [Dkt. 444-41] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's TPM business, including confidential client information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 67 [Dkt. 444-42] | None. | The document does not contain information Oracle is seeking to seal. |
| Ex. 68 [Dkt. 444-43] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including information regarding the payment process and invoice management. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 70 [Dkt. 444-44] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including payment processes. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 72 [Dkt. 444-45] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including information regarding the payment process and ERP integrations. Revealing this information would create a |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 74 [Dkt. 444-46] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's TPM business, including information regarding the payment process. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 75 [Dkt. 444-47] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including integration information regarding compliances. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 77 [Dkt. 444-48] | Portions highlighted in yellow. | This document contains confidential Oracle information regarding Oracle's TPM business, including business strategies, implementation timelines, and employee headcount information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. Procore has indicated that its confidential information is highlighted in blue. |
| Ex. 80 [Dkt. 444-49] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including invoice management processes. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| Ex. 83 [Dkt. 444-50] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including payment processes and customer information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 88 [Dkt. 444-51] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 90 [Dkt. 444-52] | None. | The document does not contain information Oracle is seeking to seal. |
| Ex. 91 [Dkt. 444-53] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including its source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 92 [Dkt. 444-54] | None. | The document does not contain information Oracle is seeking to seal. |
| Ex. 93 [Dkt. 444-55] | None. | The document does not contain information Oracle is seeking to seal. |
| Ex. 94 [Dkt. 444-56] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's TPM business, including Oracle's internal system files. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 95 [Dkt. 444-57] | Redacted portions. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal |
|---|---|---|
| | | integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 96 [Dkt. 444-58] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including its source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. |
| Ex. 97 [Dkt. 444-59] | None. | The document does not contain information Oracle is seeking to seal.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. Procore has indicated that its confidential information is highlighted in blue. |

Pursuant to Civil L.R. 79-5(c) and 7-11(a), this statement is accompanied by the following documents: (1) Declaration of Ingrid Petersen in support of this statement, (2) a proposed order, and (3) redacted versions of Exhibits 16, 18, 19, 24, 56, 61, 68, 70, 72, 75, 80, 83, 94, and 95.

Dated: October 23, 2026

Respectfully submitted,

*<u>/s/ Ingrid M. Petersen</u>*
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com

akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Ingrid M. Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
michael.devries@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Kendra A. Delaney (SBN 339102)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
kendra.delaney@kirkland.com
Telephone: (310) 552-4200

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*