United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC., et al.,
Plaintiffs,

v.

PROCORE TECHNOLOGIES, INC., et al.,
Defendants.

Case No. 24-cv-07457-JST

**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE**

With apologies to the parties and their counsel, the Court must continue the trial in this matter. A conflicting trial takes precedence due to a criminal defendant's constitutional right to a speedy trial. The November 30, 2026 trial date is vacated, as are the November 6, 2026 pretrial conference and October 30, 2026 deadline to file a joint pretrial conference statement. No new motions in limine may be filed.

The parties shall meet and confer about new pretrial conference and trial dates, and they shall consult with the Court's courtroom deputy regarding the Court's availability. On or before November 13, 2026, the parties shall file a joint statement proposing three trial dates and related pretrial conference dates. Unless otherwise stipulated by the parties, the Court will require the joint pretrial conference statement to be filed one week before the pretrial conference.

**IT IS SO ORDERED.**

Dated: October 27, 2026

JON S. TIGAR
United States District Judge