**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ORACLE AMERICA, INC, ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,

Plaintiffs,

v.

PROCORE TECHNOLOGIES, INC. and PROCORE PAYMENT SERVICES, INC.,

Defendants.

Case No. 4:24-cv-7457-JST

**~~[PROPOSED]~~ ORDER SEALING ORACLE'S MATERIAL IN PROCORE'S OPPOSITIONS TO ORACLE'S MOTIONS *IN LIMINE***

Having considered Defendants Procore Technologies, Inc. and Procore Payment Services, Inc.'s (together, "Procore") Administrative Motions to Consider Whether to Seal Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation's (together, "Oracle") Material in Procore's Oppositions to Oracle's Motions *In Limine* (Dkts. 455 and 461) Should Be Sealed and Oracle's Statement in Response to Procore's Administrative Motion, the Court hereby GRANTS the Motion and ORDERS that the following materials should be sealed:

| **Document** | **Portions Sought to be Sealed** | **Basis for Request to File Under Seal** | **Court's Ruling** |
|---|---|---|---|
| Opposition [Dkt. 455-3] | Redacted portions of pages i, 1-5, 14, 18, 20, 23-26, and 29-30. | This document contains confidential Oracle information regarding Oracle's confidential business information including Oracle's trade secret files, payment processes, financial information, customer information, competitive intelligence and market information, business strategies, policies and procedures, and internal business agreements and arrangements. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the | GRANTED |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|
| | | Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. Procore has indicated that its confidential information is highlighted in blue. | |
| Exhibit 1 (Oct. 17, 2025 Agreement) [Dkt. 455-4] | Entirety. | This document contains confidential Oracle information including confidential settlement information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 2 (Mariano Day 1 Dep. Tr.) [Dkt. 455-5] | Page/line: 16:23-24, 18:1-20:10, 29:19-30:3, 30:23-31:25, 219:15-24. | The identified pages of the document contain confidential Oracle information including confidential settlement information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 3 (Oracle's Affirmative Designations of Mariano Day 1 Dep. Tr.) [Dkt. 455-6] | Page/line: 20:1-10. | The identified page of the document contains confidential Oracle information including confidential settlement information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 4 (Bennis Expert Report) [Dkt. 455-7] | Pages: 7, 65-68, 104-108, 110-114, 131-134, 156-158, and 180. | The identified pages of the document contain confidential Oracle information regarding Oracle's business, including confidential competitive intelligence, market information, licensing information, customer information, and financial information including pricing data, revenues, operating expenses, profit margins, and research and development costs. This document also contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. | GRANTED |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|
| | | There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. | |
| Exhibit 5 (Kindler Rebuttal Expert Report) [Dkt. 455-8] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence, market information, licensing information, customer information, and financial information including pricing data, revenues, operating expenses, profit margins, and research and development costs. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information.<br><br>This document also contains information that Procore has designated "Highly Confidential –Attorneys' Eyes Only" pursuant to the Protective Order in this case. Procore has moved to seal portions of this document as outlined in Procore's concurrently filed Motion to Seal Procore's Confidential Information. | GRANTED |
| Exhibit 6 (Almeroth Opening Expert Report) [Dkt. 455-9] | Redacted portions of pages 383, 385. | The identified pages of this document contain confidential Oracle information including confidential customer information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 7 (Ibbs Opening Expert Report) [Dkt. 455-10] | Pages 199-202, 270-271, and 303-304. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. This information also includes confidential information regarding Oracle's | GRANTED |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|
| | | business including confidential competitive intelligence, market information, customer information, and financial information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | |
| Exhibit 18 (Jagadish Rebuttal Expert Report) [Dkt. 455-11] | None. | This document does not contain information Oracle is seeking to seal. | DENIED |
| Exhibit 19 (Hostettler Opening Expert Report) [Dkt. 455-12] | None. | This document does not contain information Oracle is seeking to seal. | DENIED |
| Exhibit 20 (DX-4396) [Dkt. 455-13] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 21 (DX-4565) [Dkt. 455-14] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 22 (PTX-38) [Dkt. 461-3] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential customer information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 23 (PTX-0708) [Dkt. 455-15] | Redacted portions on page 708.2. | The redacted portions of this document contain confidential Oracle information regarding Oracle's business, including Oracle's internal system files. Revealing this | GRANTED |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|
| | | information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | |
| Exhibit 24 (Oracle's Third Amended Privilege Log) [Dkt. 455-16] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential requests for legal advice. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 25 (PTX-2828) [Dkt. 455-17] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 26 (PTX-2835) [Dkt. 455-18] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 27 (PTX-1786) [Dkt. 455-19] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence, market information, and customer information including pricing information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 28 (PTX-3039) [Dkt. 455-20] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential .competitive intelligence, market information, business plans, customer information, and financial information, including budget, revenue, and pricing. Revealing this information would create a substantial risk of serious harm to | GRANTED |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal | Court's Ruling |
| --- | --- | --- | --- |
| | | Oracle. There is no less restrictive alternative to sealing this limited information. | |
| Exhibit 29 (Almeroth Dep. Tr.) [Dkt. 455-21] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including confidential competitive intelligence, market information, customer information, and pricing information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 30 (Antis Apr. 10, 2026 Dep. Tr.) [Dkt. 455-22] | Entirety. | This document contains confidential Oracle information regarding competitive intelligence, market information, and Oracle's safeguards including internal policies and procedures. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 31 (Trepanier Dep. Tr.) [Dkt. 455-23] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 32 (PTX-2839) [Dkt. 455-24] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 33 (Zikakis Dep. Tr.) [Dkt. 455-25] | Entirety. | This document contains confidential Oracle information regarding Oracle's business, including competitive intelligence and market information. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 34 (Oracle's Mar. 16, 2026 3rd Supp. Responses | None. | This document does not contain information Oracle is seeking to seal. | DENIED |

| Document | Portions Sought to be Sealed | Basis for Request to File Under Seal | Court's Ruling |
|---|---|---|---|
| to Procore's 3rd Set of Interrogatories) [Dkt. 455-26] | | | |
| Exhibit 35 (Oracle's Oct. 1, 2026 Further Narrowed List of Trade Secrets) [Dkt. 455-27] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret files, including related to source code, integration testing, integration plans, client information, Textura strategies, and business strategies. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 36 (Redman Dep. Tr.) [Dkt. 455-28] | None. | This document does not contain information Oracle is seeking to seal. | DENIED |
| Exhibit 37 (MARIANO 000384) [Dkt. 455-29] | Entirety. | This document contains confidential Oracle information regarding Oracle's trade secret file, including related to Oracle's TPM billing process and interface approach. Revealing this information would create a substantial risk of serious harm to Oracle. There is no less restrictive alternative to sealing this limited information. | GRANTED |
| Exhibit 38 (Excerpt of Sandoval Deposition Transcript) [Dkt. 461-4] | None. | This document does not contain information Oracle is seeking to seal. | DENIED |

**IT IS SO ORDERED.**

Dated: November 13, 2026

The Honorable Jon S. Tigar