KIRKLAND & ELLIS LLP
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
695 Town Center Drive, Suite 1700
Costa Mesa, California 92626
michael.devries@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Attorneys for Plaintiffs
ORACLE AMERICA, INC.,
ORACLE INTERNATIONAL
CORPORATION, and
TEXTURA CORPORATION

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants
PROCORE TECHNOLOGIES, INC. AND
PROCORE PAYMENT SERVICES, INC.,

(A complete list of counsel appears in the signature block)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

ORACLE AMERICA, INC., ORACLE INTERNATIONAL CORPORATION, and TEXTURA CORPORATION,

Plaintiffs,

vs.

PROCORE TECHNOLOGIES, INC., and PROCORE PAYMENT SERVICES, INC.,

Defendants.

Case No. 4:24-cv-07457-JST

**JOINT STATEMENT REGARDING TRIAL DATE**

Pursuant to the Court's October 27, 2026 Order Vacating Pretrial Conference and Trial Date (Dkt. 459) (the "Order"), and further to the parties' prior Joint Stipulation (Dkt. No. 472) and subsequent communications with the Court's Courtroom Deputy regarding the Court's available trial dates, Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation ("Oracle") and Defendants Procore Technologies, Inc. and Procore Payment Services, Inc. ("Procore") (collectively, the "parties"), by and through their undersigned counsel, respectfully submit this Joint Statement to provide their availability for rescheduling of the jury trial in this matter originally set to begin November 30, 2026. As directed by the Order, the parties have met and conferred regarding a new trial date and have consulted with the Court's Courtroom Deputy regarding the Court's availability, and provide their availability below.

As explained in the parties' first Joint Stipulation in response to the Court's Order, Oracle's lead trial counsel are unavailable on each of the available trial dates previously provided by the Court's Courtroom Deputy (February 16, February 22, March 22, and June 21, 2027) due to previously scheduled trials and an arbitration hearing. *See* Dkt. No. 472 at 2. The Court's Courtroom Deputy subsequently advised the parties that the Court is also able to offer either February 1, 2027, or August 2, 2027, for trial in this case. Oracle's lead trial counsel are unavailable for the February 1, 2027 date due to a previously scheduled trial in the Western District of Louisiana (*Pioneer RX v. Danwins LLC*, trial scheduled for January 25-February 5, 2027), but the parties have conferred and jointly agree to, and accept, the Court's proposed trial date of August 2, 2027. Two of Procore's experts have preexisting conflicts during periods in August 2027, and the parties have agreed that they will coordinate scheduling and witness testimony so that those conflicts are not an issue during the August trial. The parties also propose that the pretrial conference take place on June 11, 2027.

In addition to accepting the August 2, 2027 trial date, Oracle also respectfully inquires whether the Court might also be willing to consider placing this case on a "trailing" calendar for a April 12, 2027 trial date. Oracle understands that the Court is currently not available for a trial beginning on April 12, 2027, but Oracle respectfully inquires whether (in addition to setting this

case for trial on August 2, 2027) the Court might also be willing to consider placing this case on a "trailing" calendar for April 12, 2027, such that, if the case(s) that are currently scheduled for trial on that date settle or are otherwise dismissed, stayed, or continued, this case could be tried then. This would be in addition to, and not a substitute for, setting the case for trial on August 2, 2027, in case April 12, 2027 is ultimately not available for the trial of this case. Oracle thanks the Court for its consideration of this suggestion, which Oracle understands is not the Court's typical approach.

Procore strongly opposes Oracle's request to "place this case on a 'trailing' calendar for a[n] April 12, 2027 trial date." A date certain for trial would allow the parties and counsel to efficiently prepare for trial based on a set timeline. In contrast, the looming possibility of an April 12, 2027 trial date would require the parties to expend time and effort on preparation that may end up being repeated only months later. Procore is available on multiple earlier dates the Court offered for trial. Although Procore is willing to accommodate Oracle's scheduling conflicts by selecting August 2 (and prolonging this litigation for months), it objects to Oracle's attempt to impose this tentative trial schedule.

The parties are grateful for the time and resources the Court has devoted to this matter, and also understand that the Court is presiding over many other important matters. If it would be helpful to the Court, the parties are available for a conference to answer any questions the Court may have or to discuss any other matters concerning the trial of this matter.

DATED: November 19, 2026

*/s/ Akshay S. Deoras*
Adam R. Alper (SBN 196834)
Akshay S. Deoras (SBN 301962)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
adam.alper@kirkland.com
akshay.deoras@kirkland.com
Telephone: (415) 439-1400

Michael W. De Vries (SBN 211001)
Yimeng Dou (SBN 285248)
Ingrid M. Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)

*/s/ Robert F. Longtin*
Michael B. Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Alexander Rudis (admitted *pro hac vice*)
alexanderrudis@quinnemanuel.com
Robert F. Longtin (admitted *pro hac vice*)
robertlongtin@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100

David A. Nelson (admitted *pro hac vice*)

KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, California 92626
michael.devries@kirkland.com
yimeng.dou@kirkland.com
ingrid.petersen@kirkland.com
kevin.wang@kirkland.com
Telephone: (714) 982-8822

Leslie M. Schmidt (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
leslie.schmidt@kirkland.com
Telephone: (212) 446-4800

Christopher M. Lawless (SBN 268952)
Kendra Delaney (SBN 339102)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
christopher.lawless@kirkland.com
kendra.delaney@kirkland.com
Telephone: (310) 552-4200

*Attorneys for Plaintiffs Oracle America, Inc., Oracle International Corporation, and Textura Corporation*

davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401

David Elihu (Bar No. 303043)
davidelihu@quinnemanuel.com
Erin K. Freeman (Bar No. 333462)
erinfreeman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

Jodie Cheng (Bar No. 292330)
jodiecheng@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700

*Attorneys for Defendants Procore Technologies, Inc., and Procore Payment Services, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: November 19, 2026

*/s/ Akshay S. Deoras*
Akshay S. Deoras