United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC., et al.,

Plaintiffs,

v.

PROCORE TECHNOLOGIES, INC., et al.,

Defendants.

Case No. 24-cv-07457-JST

**ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE DATE**

The Court sets the jury trial in this case to begin on August 2, 2027, at 8:00 a.m. The pretrial conference is set for June 11, 2027, at 2:00 p.m., with a joint pretrial conference statement due by May 28, 2027.

Oracle’s request for an alternative trailing trial date, ECF No. 475 at 2–3, is denied.

**IT IS SO ORDERED.**

Dated: November 23, 2026

JON S. TIGAR
United States District Judge